IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

A. SCOTT LOGAN,

      Plaintiff,

      v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

Case No. 2:18-cv-00099-JES-MRM

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, A. Scott Logan, and Defendant, the United States of America, hereby stipulate that this action be dismissed with prejudice, each party to bear its own costs and attorney fees in connection with this action.

Dated:   8/31/20

Respectfully submitted,

**[Signatures on following pages.]**

Counsel for the Plaintiff:

DAVID D. AUGHTRY
*Pro Hac Vice*
Georgia Bar No. 028010
E-mail: david.aughtry@chamberlainlaw.com

JOHN W. HACKNEY
*Pro Hac Vice*
Georgia Bar No. 420954
E-mail: john.hackney@chamberlainlaw.com
Chamberlain, Hrdlicka, White,
Williams & Aughtry
191 Peachtree Street, N.E., 46th Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852


JOHN AGNEW
Trial Counsel
Florida Bar No. 27377
E-mail: johna@bapfirm.com
Boy Agnew Potanovic, PLLC
4415 Metro Parkway, Suite 110
Fort Myers, FL 33916
Telephone: (239) 208-6500
Facsimile: (239) 208-6511

Counsel for the Defendant:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

MATTHEW S. JOHNSHOY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
(202) 616-1908 (Johnshoy)
Fax: (202) 514-9868
Matthew.S.Johnshoy@usdoj.gov


Of Counsel:

MARIA CHAPA LOPEZ
United States Attorney
Middle District of Florida

3

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE has been served on August 31, 2020 on all appropriate parties through the Court's CM/ECF system.

/s/  Matthew S. Johnshoy
MATTHEW S. JOHNSHOY
Trial Attorney
Tax Division
U.S. Department of Justice

4